| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
|   | D. PETER HARVEY (SBN 55712) |
| 2 | pharvey@harveysiskind.com |
|   | MATTHEW A. STRATTON (SBN 254080) |
| 3 | mstratton@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
|   | San Francisco, CA  94111 |
| 5 | Telephone:(415) 354-0100 |
|   | Facsimile: (415) 391-7124 |

** E-filed July 25, 2011 **

```
 1   HARVEY SISKIND LLP
     D. PETER HARVEY (SBN 55712)
 2   pharvey@harveysiskind.com
     MATTHEW A. STRATTON (SBN 254080)
 3   mstratton@harveysiskind.com
 4   Four Embarcadero Center, 39th Floor
     San Francisco, CA  94111
 5   Telephone:(415) 354-0100
     Facsimile: (415) 391-7124
 6
 7   OBLON, SPIVAK, McCLELLAND,
     MAIER & NEUSTADT, L.L.P.
 8   JONATHAN HUDIS
     jhudis@oblon.com
 9   1940 Duke Street
     Alexandria, VA  22314
10   Telephone:  (703) 413-3000
     Facsimile:  (703) 413-2220
11
12   Attorneys for Plaintiffs
     HEINEKEN BROUWERIJEN B.V.
13   and HEINEKEN USA INC.
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HEINEKEN BROUWERIJEN B.V., a Netherlands corporation, and HEINEKEN USA INC., a New York corporation, <br><br>                Plaintiffs, <br><br>        vs. <br><br> WINERY EXCHANGE, INC., d/b/a WORLD BREWS,  a California corporation, <br><br>                Defendant. | Case No. C 11-02475 HRL <br><br> ~~[PROPOSED]~~ **ORDER GRANTING SUBSTITUTION OF COUNSEL** |

1  Plaintiffs Heineken Brouwerijen B.V. and Heineken USA, Inc. consent to and substitute as their
2  local counsel in the above-captioned action the law firm of Harvey Siskind LLP, 4 Embarcadero Center,
3  39th Floor, San Francisco, California 94111, telephone number (415) 354-0100 and facsimile number
4  (415) 3391-7124, in place of Greenberg Traurig, LLP.
5  Having considered the Notice of Substitution of Counsel, and finding good cause therefore, IT IS
6  HEREBY ORDERED that the law firm of Harvey Siskind LLP is substituted as local counsel in place
7  and instead of Greenberg Traurig, LLP.
8  **IT IS SO ORDERED.**

10  Dated:  July 25, 2011

11  _____
    Honorable Howard R. Lloyd
12  United States Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL     CASE NO. C 11-02475 HRL