D. PETER HARVEY (SBN 55712)
pharvey@harveysiskind.com
MATTHEW A. STRATTON (SBN 254080)
mstratton@harveysiskind.com
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:      (415) 354-0100
Facsimile:      (415) 391-7124


JONATHAN HUDIS (VBN 38068)
jhudis@oblon.com
KYOKO IMAI (Pro Hac Vice)
kimai@oblon.com
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, LLP
1940 Duke Street
Arlington, Virginia 22314
Telephone: (703) 413-3000
Facsimile:  (703) 413-2220

Attorneys for Plaintiffs
HEINEKEN BROUWERIJEN B.V.
and HEINEKEN USA INC.

ROBERT B. BURLINGAME (SBN 198189)
rburlingame@pillsburylaw.com
COLIN T. KEMP (SBN 215408)
colin.kemp@pillsburylaw.com
DUANE H. MATHIOWETZ (SBN 111831)
duane.mathiowetz@pillsburylaw.com
PILLSBURY, WINTHROP, SHAW
 PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile:  (415) 983-1200


Attorneys for Defendant
WINERY EXCHANGE, INC.,
d/b/a WORLD BREWS

## IN THE UNITED STATES  DISTRICT COURT
## FOR THE NORTHERN  DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HEINEKEN BROUWERIJEN B.V., a Netherlands corporation, and HEINEKEN USA INC., a New York corporation, <br><br>       Plaintiffs, <br><br>    vs. <br><br> WINERY EXCHANGE, INC., d/b/a WORLD BREWS,  a California corporation, <br><br>       Defendant. | Case No. C 11-02475 CRB <br><br> **STIPULATION [AND ~~PROPOSED~~ ORDER] OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed, by and among the above-captioned parties through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a) (1)(A)(ii) and an agreement of the parties, that all claims and counterclaims asserted in this action are hereby withdrawn and dismissed with prejudice, with each party to bear its own counsel fees, expenses and costs.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, LLP

By: _____/s/_____
        Jonathan Hudis

Dated: December 28, 2011

Kyoko Imai
OBLON, SPIVAK, McCLELLAND,
 MAIER & NEUSTADT, LLP

D. Peter Harvey
Matthew A. Stratton
HARVEY SISKIND LLP

Attorneys for Plaintiffs
HEINEKEN BROUWERIJEN B.V.
and HEINEKEN USA INC.

Respectfully submitted,

PILLSBURY, WINTHROP, SHAW
 PITTMAN LLP

By: _____/s/_____
        Robert B. Burlingame

Dated: December 28, 2011

Colin T. Kemp
Duane H. Mathiowetz
PILLSBURY, WINTHROP, SHAW
 PITTMAN LLP

Attorneys for Defendant
WINERY EXCHANGE, INC.,
d/b/a WORLD BREWS

IT IS SO ORDERED,
THIS _4th_ DAY OF _January_____, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION [AND PROPOSED ORDER]                    CASE NO. C 11-02475 CRB (JCS)
OF DISMISSAL WITH PREJUDICE